

FILED

AUG - 5 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR2736-H |
| Plaintiff, | Booking No. 75624-298 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| VICTOR MANUEL PELLEGRINI-GAMBOA (1), | |
| Defendant. | |

Based upon the oral motion of the Government, the Court grants the Government's oral motion to dismiss without prejudice the Information in the above entitled case against Defendant Victor Manuel Pellegrini-Gamboa. The Defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: August 5, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE